**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MUROD M. KOBILOV,**<br>　　　　　**Petitioner,**<br>　　**v.**<br>**DAVID O'NEILL,** *et al.***,**<br>　　　　　**Respondents.** | **CIVIL ACTION NO. 26-0058** |

## ORDER

**AND NOW,** this 14th day of January 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 6, 7], and because there are no other pending matters for the Court to address, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**